■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DOREENA L. O'DELL, Appellant. [27 NYS3d 420]—Appeal from a judgment of the Supreme Court, Monroe County (Thomas E. Moran, J.), rendered November 10, 2014. The judgment convicted defendant, upon a jury verdict, of obstructing governmental administration in the second degree.

It is hereby ordered that the judgment so appealed from is unanimously reversed on the law and a new trial is granted.

Same memorandum as in *People v O'Dell* (137 AD3d 1744 [2016]). Present—Whalen, P.J., Centra, Carni, DeJoseph and Troutman, JJ.